IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Malibu Media, LLC,                  :

    Plaintiff,                  :

  v.                                  :        Case No. 2:14-cv-1130

                                    :
Michael Colvin,                              Magistrate Judge Kemp

    Defendant.                  :


ORDER

    Plaintiff has moved for an extension of time to file a response to the motion for judgment on the pleadings.  The motion sets forth good cause for an extension and the motion (Doc. 21) is therefore granted.  The new date to file is March 13, 2015.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge