**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,               :
                                 :
        Plaintiff,               :        Case No. 2:14-cv-1130
                                 :
        vs.                      :        Judge Michael H. Watson
                                 :
MICHAEL COLVIN,                  :        Magistrate Judge Terence P. Kemp
                                 :
        Defendant.               :

## DEFENDANT MICHAEL COLVIN's MEMO IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AMENDED ANSWER

The Court should deny Plaintiff's Motion to Strike Defendant's Amended

Answer [Doc. No. 19] for the reasons stated in Defendant Michael Colvin's Motion for

Leave to File an Amended Answer to Plaintiff's Amended Complaint, incorporated

herein.  Mr. Colvin's counsel did not act in bad faith and did not intend to cause undue

delay.  Allowing Mr. Colvin to amend his Answer will not cause any delay and will not

impose any prejudice on Plaintiff.  For these and the following reasons, Defendant

Michael Colvin respectfully requests that this Court deny Plaintiff's Motion to Strike the

Amended Answer.

Respectfully submitted,

/s/ Kessia C. Cericola
Kessia C. Cericola (0091047)
*Trial Attorney*
Email:  kcericola@dahmanlaw.com
Samir B. Dahman  (0082647)
Email:  sdahman@dahmanlaw.com
DAHMAN LAW, LLC
Two Miranova Place, Suite 500
Columbus, OH 43215

Tel:  614.636.1256
Fax: 614.633.3366

*Counsel for Defendant Michael Colvin*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I filed the foregoing *Defendant Michael Colvin's Memo in Opposition to Plaintiff's Motion to Strike Defendant's Amended Answer* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, on March 5, 2015.

/s/ Kessia C. Cericola
Kessia C. Cericola